FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAYLOR TOUSSAIN,<br><br>    Petitioner,<br><br>    v.<br><br>CYNTHIA TAMPKINS,<br><br>    Respondent. | No. CV 13-3330-AG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Respondent's Motion to Dismiss is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: Oct 31, 2013

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE