UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAYLOR TOUSSAIN,<br><br>        Petitioner,<br><br>    v.<br><br>CYNTHIA TAMPKINS,<br><br>        Respondent. | No. CV 13-3330-AG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Oct 31, 2013

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE